Case 2:09-cv-02636-WHW-CCC   Document 35   Filed 10/20/2009   Page 1 of 1



2600 VIRGINIA AVENUE, N.W.
SUITE 1111 – THE WATERGATE
WASHINGTON, DC 20037-1931
MAIN: 202.295.2200
FAX: 202.295.2250

ASHLEY M. EWALD
ATTORNEY
DIRECT DIAL: 202.295.2221
DIRECT FAX: 202.295.2221
ASHLEY.EWALD@GPMLAW.COM

October 20, 2009

**VIA ECF**

**ORDER ON ORAL MOTION**

Magistrate Judge Claire C. Cecchi
Martin Luther King, Jr. Federal Building
 & U.S. Courthouse
50 Walnut Street, Room 2064
Newark, New Jersey 07102

Re: *Dunkin' Donuts Franchised Restaurants LLC et al. v. JF-Totowa Donuts, Inc. et al.*,
C.A. No. 2:09-cv-02636-WHW-CCC

Dear Judge Cecchi:

My firm serves as lead counsel for plaintiffs Dunkin' Donuts Franchised Restaurants LLC, et al. in this action. I am admitted pro hac vice in this case. I write to inquire whether counsel for the parties could appear for the October 26, 2009 initial conference set for 3:30 p.m. via telephone. I am located in Washington, D.C., and a telephone conference would reduce the expense for my clients. I have conferred with the Defendants' counsel in this case and have been informed that they consent to this request.

Thank you for your consideration.

Respectfully submitted,

*Ashley M Ewald*

Ashley M. Ewald

cc: Neil Miller (via E-mail)
    David Paris (via E-mail)

The in-person initial scheduling conference set for October 26, 2009 at 3:00p.m. is hereby converted to a telephone conference. Plaintiff shall initiate the call.

**SO ORDERED**

*s/Claire C. Cecchi*
_____
**Claire C. Cecchi, U.S.M.J.**

**Date:** October 21, 2009

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.
A FULL SERVICE LAW FIRM
MINNEAPOLIS, MN • ST. CLOUD, MN • WASHINGTON, DC
WWW.GPMLAW.COM